1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No. 5:24-po-00152-CDB
12 |                    Plaintiff,      | [Citation #E1919497, CA71]
13 | v.                                 |
14 | JIAQI LI,                          | MOTION TO CONVERT MANDATORY
                                         APPEARANCE TO COLLATERAL; ORDER
15 |                    Defendant.      |

16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Chan Hee Chu, Assistant United States Attorney, hereby moves to convert [Citation #E1919497, CA71]

20 in Case No. 5:24-po-00152-CDB against Defendant JIAQI LI in the interests of justice.

21     The citation in this case was properly issued as a mandatory appearance within the discretion of

22 the citing officer.  Under the bail schedule for the Eastern District of California, officers have discretion

23 to charge a violation of 36 C.F.R. § 4.10(a) as requiring either a mandatory appearance or bailable

24 amount.  The citing officer appears to have required a mandatory appearance due to the potential

25 damage to the park (a ground that is also one of the authorized discretionary bases under the bail

26 schedule even if the citation did not automatically allow for such discretion as here).  Specifically,

27 Defendant's vehicle became stuck in the Mesquite Dunes, requiring removal by a tow truck company.

28

Although the citation was issued properly as a mandatory citation, the United States seeks to convert the citation to a collateral amount. According to rangers, Defendant was fully cooperative with rangers and appears genuinely remorseful for his actions. Any damage to the park also will be handled via civil means rather than criminally. The United States therefore believes a collateral amount of $750, $10 special assessment, with a $30 dollar processing fee, to be a fair outcome under these circumstances. *See also James & Elizabeth Console Fam. v. United States*, No. 23-CV-652-DMS-BLM, 2023 WL 6120609, at *4 (S.D. Cal. Sept. 18, 2023) ("Prosecutorial discretion is defined as [a] prosecutor's power to choose from the options available in a criminal case, such as filing charges, prosecuting, not prosecuting, plea-bargaining, and recommending a sentence to the court." (internal quotation mark and citation omitted)).

DATED: August 12, 2024　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　　/s/ *Chan Hee Chu*
　　　　　　　　　　　　　　　　　　　　　　　　CHAN HEE CHU
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America, that [Citation #E1919497, CA71] in Case No. 5:24-po-00152-CDB against JIAQI LI be converted to a bailable citation with a collateral amount of $750, $10 special assessment, with an additional $30 in processing fee.

IT IS SO ORDERED.

Dated:   **August 12, 2024**

UNITED STATES MAGISTRATE JUDGE